

**U.S. Department of Justice**

Office of the United States Trustee

---

780 Regent Street Suite 304
Madison, WI 53715
(608) 264-5522
(608) 264-5182 (fax)

November 13, 2019

TO: Clerk of Bankruptcy Court
**(via Electronic Filing)**

FROM: April Wentz
Office of the U.S. Trustee

SUBJECT: <u>Shaun C. Karns</u>
Case No. 19-82604

    Due to the resignation of **James Stevens,** please reassign **Joseph Olsen** as successor trustee. Please reset the 341 meeting to **December 27, 2019 at 11:30am**.

    If you have any questions please do not hesitate to contact me at (608) 210-5640. Thank you.

cc:    James Stevens
       Joseph Olsen

**BSLBV** — BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP
ATTORNEYS AT LAW                                                                                          SINCE 1938

6833 STALTER DRIVE • ROCKFORD, ILLINOIS 61108
815-962-6611 • FAX 815-962-0687
www.bslbv.com

**VIA EMAIL USTPRegion11.MD.ECF@USDOJ.GOV**

November 11, 2019

April Wentz, Legal Clerk
OFFICE OF THE U.S. TRUSTEE
780 Regent St., Suite 304
Madison, WI 53715

RE:    Shaun C. Karns, Chapter 7 Bankruptcy Case No. 19-82604

Dear April:

Please be advised that I have been appointed the Chapter 7 Trustee with regard to the above-entitled matter. I have reviewed the petition and due to the fact that my firm represents a creditor, JD Byrider, in this bankruptcy, I will be unable to serve as the Trustee. Please reassign this case to another trustee. If you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ *James E. Stevens*

JAMES E. STEVENS
jstevens@bslbv.com

JES:dmh